JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROWN, | No. CV 13-0051-CAS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: May 15, 2014

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV    DEPUTY